# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE AGUILAR,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>RESMAE MO9RTGAGE CORPORATION; QUALITY LOAN SERVICE CORPORATION; WILSHIRE CREDIT,<br><br>　　　　　　　Defendants. | CASE NO. 09 CV 2004 JM (AJB)<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT**<br><br>(Docket Nol. 17) |

　　　In light of the filing of the First Amended Complaint on November 30, 2009, the court denies the pending motions to dismiss as moot. (Docket Nos. 6, 8, 9).

　　　**IT IS SO ORDERED.**

DATED: December 4, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties