# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE AGUILAR,<br><br>    Plaintiff,<br>vs.<br><br>RESMAE MORTGAGE CORPORATION; QUALITY LOAN SERVICE CORPORATION; WILSHIRE CREDIT,<br><br>    Defendants. | CASE NO. 09 CV 2004 JM (AJB)<br><br>**ORDER GRANTING MOTION TO DISMISS** |

Wilshire Credit Corporation ("Wilshire"), the loan servicer for the loan on Plaintiff's residential property, moves to dismiss all claims asserted against it on the ground that there are no particularized allegations that it engaged in any wrongful conduct. Plaintiff does not oppose the motion nor does he dispute that merely alleging "defendants" fails to adequately apprise Wilshire of the nature of the claims asserted against it so it is able to prepare an adequate response to the complaint. See Swartz v. KPMG LLP, 476 F.3d 756, 764 (9th Cir. 2007). Accordingly, the motion to dismiss is granted.

**IT IS SO ORDERED.**

DATED: January 22, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:        All parties

- 1 -                                                                        09cv2004