# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

VICENTE AGUILAR

                V.

RESMAE MORTGAGE CORPORATION;
QUALITY LOAN SERVICE
CORPORATION; WILSHIRE CREDIT,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09cv2004-JM(AJB)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the motion to dismiss is granted...........................................................................................................
.........................................................................................................................................................

| January 25, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                  S/ T. Lee
                                  (By) Deputy Clerk

                                  ENTERED ON January 25, 2010